**Carmen E. CAMPBELL,
Plaintiff—Appellant,**

v.

**Jules M. PERLEY, Defendant—
Appellee.**

No. 11–56558.

United States Court of Appeals,
Ninth Circuit.

Submitted June 26, 2012.*

Filed July 13, 2012.

Carmen E. Campbell, Valencia, CA, pro se.

Before: SCHROEDER, HAWKINS, and GOULD, Circuit Judges.

MEMORANDUM **

Carmen E. Campbell appeals pro se from the district court's order dismissing her medical malpractice action for failure

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

to prosecute. We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion, *Al–Torki v. Kaempen,* 78 F.3d 1381, 1384 (9th Cir.1996), and we affirm.

The district court did not abuse its discretion in dismissing Campbell's action because it had been pending for more than a year and Campbell failed to file an adequate response to the court's order to show cause why it should not be dismissed for lack of prosecution. *See id.* at 1384–85 (discussing factors to guide the court's decision and affirming dismissal for failure to prosecute).

Campbell's remaining contentions are unpersuasive.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.